# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Patterson,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Pima County Sheriff's Department, et al.,<br><br>　　　　　　　Defendants. | No. CV-13-01779-TUC-RM<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation (Doc. 35) issued by United States Magistrate Judge Eric J. Markovich that recommends granting Defendant's Motion to Dismiss (Doc. 30).  No objections have been filed.

　　　　A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  The advisory committee notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge.  Fed. R. Civ. P. 72(b) advisory committee note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed the record and finds no error in Judge Markovich's Report and Recommendation. Accordingly, the Report and Recommendation will be adopted in full and Defendant's Motion to Dismiss will be granted.

**IT IS HEREBY ORDERED:**

1. Magistrate Judge Eric J. Markovich's Report and Recommendation (Doc. 35) is **accepted and adopted**.

2. Defendant's Motion to Dismiss (Doc. 30) is **granted**.

3. Plaintiff's Amended Complaint (Doc. 27) is **dismissed**. The Clerk of the Court is directed to enter judgment accordingly and close this case.

Dated this 2nd day of February, 2016.

_____
Honorable Rosemary Márquez
United States District Judge